# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBINSON, *et al.*, <br><br> Plaintiffs/Relators, <br><br> v. <br><br> BATTELLE MEMORIAL INSTITUTE, <br><br> Defendant. | CASE NO. 2:14-cv-00913 <br><br> FILED UNDER SEAL <br><br> JUDGE GRAHAM <br><br> MAGISTRATE JUDGE VASCURA |

## ORDER

The United States having consented to the Relators' Notice of Voluntary Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

1. This case is hereby dismissed without prejudice as to both the United States and Relators;

2. The filing of this case, the Complaint, the Relators' Notice of Voluntary Dismissal, the United States' Notice of Consent to Relators' Notice of Voluntary Dismissal, and this Order shall be unsealed. All other pleadings filed prior to this Order shall remain under seal;

3. The seal shall be lifted as to all pleadings filed in this case after entry of this Order; and

4. All unsealed pleadings, and the filing of this case, shall be made available on the Court's CM/ECF system.

IT IS SO ORDERED.

/s/Chelsey M. Vascura
UNITED STATES MAGISTRATE JUDGE

Dated: October 22, 2018